[No. 43773-9-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY T. WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01758-3, Ronald L. Castleberry, J., entered December 3, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42833-1-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ANDREW BARTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08350-6, Michael S. Spearman, J., entered May 19, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 45934-1-I.  Division One.  January 22, 2001.]

KEVIN GRENNAN, ET AL., *Appellants*, v. CHILDREN'S HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-12952-6, Steven G. Scott, J., entered January 10, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Cox, J.

[No. 44468-9-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY JAY RUNION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-03583-1, Jeanette R. Burrage, J., entered April 2, 1999. *Dismissed* by unpublished per curiam opinion.